IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:17-MJ-584-4 |
| | § | |
| ANDREA SUE COKER | § | |

## ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE

The Court orders that conditions of pretrial release entered on August 2, 2017 in the above referenced case should be amended to add the following condition:

(7) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner..

Signed August 3, 2017

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE